EDWARD J. PHELAN, Respondent, against ARTHUR J. LEONARD, as Commissioner of Public Safety of the City of Saratoga Springs, et al., Appellants.

Argued January 15, 1941; decided February 27, 1941.

*Francis E. Dorsey* for appellants.

*James D. Connor* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.